

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 18, 2015

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Trustee/Plaintiff

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN RE: | Case No.: BK-13-50937-btb |
| | (Chapter 7) |
| BLUE SUGARS CORPORATION FDBA KL ENERGY CORP, | |
| | Adversary Case No. 14-5046-btb |
| Debtor. | |
| _____/ | **ORDER DISMISSING ADVERSARY CASE** |
| W. DONALD GIESEKE, TRUSTEE OF THE BANKRUPT ESTATE OF BLUE SUGARS CORPORATION, | HRG. DATE: March 12, 2015 HRG TIME: 10:00 a.m. |
| Plaintiff, | CONT HRG. DATE: May 21, 2015 CONT HRG. TIME: 10:00 A.M. |
| vs. | |
| PETROBRAS AMERICA, INC., A DELAWARE CORPORATION; PETROLEO BRASILEIRO S.A. – PETROBRAS, | |
| Defendants. _____/ | |

This matter came before the Court on the motion of Defendant, Petrobras America, Inc.; Stephen Harris, Esq. and Michael Lehners, Esq., appeared on behalf of Plaintiff/Trustee W. Donald Gieseke; Timothy A. Lukas, Esq., appeared on behalf of Defendant Petrobras America, Inc.; the Plaintiff, pursuant to FRBP. 7041(a)(1)A, informed the Court that is was voluntarily dismissing the Complaint, without prejudice; and no answer had been filed by Petrobras America, Inc.; with good cause appearing:

IT IS HEREBY ORDERED that the Plaintiff's Complaint is hereby dismissed, without prejudice.

SUBMITTED BY:

        STEPHEN R. HARRIS, ESQ.
        HARRIS LAW PRACTICE LLC

        */s/ Stephen R. Harris*
        _____
        Attorneys for Plaintiff/Trustee

APPROVED BY:

        TIMOTHY A. LUKAS, ESQ.
        HOLLAND & HART LLP

        */s/ Timothy A. Lukas*
        _____
        Attorneys for Defendant
        Petrobras America, Inc.

Harris Law Practice LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
(775) 786 7600

**CERTIFICATION RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Timothy A. Lukas, Esq.                                                          approved/~~disapproved~~
    Attorney for Petrobras America, Inc.

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated this 17th day of June, 2015.

                                           _____
                                           Stephen R. Harris, Esq.
                                           HARRIS LAW PRACTICE LLC